# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **CHAS SIMONSON,** | **JUDGMENT** <br> **on a Motion pursuant to** |
| Petitioner, | **28 U.S.C. § 2254** |
| v. | Case No.: 07-C-397-C |
| **RANDALL HEPP, Warden,** <br> **Jackson Correctional Institution,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel

by Deputy Clerk

11/21/07

_____
Date